MARIE SANTIAGO AND JOHN SANTIAGO v. JOHN A. WADDINGTON, DIRECTOR OF MOTOR VEHICLES.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN M. EREM.

May 9, 1983.

Petition for certification denied.

CENTEX HOMES OF NEW JERSEY v. TOWNSHIP OF MANALAPAN.

May 9, 1983.

Certification to the Tax Court is granted.

STATE OF NEW JERSEY v. JAMES A. HODGE.

May 17, 1983.

Petition for certification granted.